## EXHIBIT A

## JOEL TENENBAUM

**IP Address:** 68.227.185.38  2004-08-10 00:49:12               **CASE ID#** 6472775

**P2P Network:** KaZaA                                            **Total Audio Files:** 816

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Incubus | New Skin | SCIENCE | 249-690 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| Atlantic Recording Corporation | Bad Religion | American Jesus | Recipe for Hate | 172-147 |
| Arista Records LLC | Outkast | Wheelz of Steel | Atliens | 233-296 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Pardon Me | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Sublime | April 29, 1992 (Miami) | Sublime | 224-105 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |