**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | Asia Carrera_Janine.mpg | Unknown | 260KB | Video |
| sublimeguy14@KaZaA | Britney Spears - jiz.mpeg | Unknown | 660KB | Video |
| sublimeguy14@KaZaA | Britney_Spears_-_Crazy-live_kids_choice_awards_.mpg | Unknown | 30,828KB | Video |
| sublimeguy14@KaZaA | Teen Finger Fuck.mpg | Unknown | 1,277KB | Video |
| sublimeguy14@KaZaA | lesbian - eating girl out.mpg | Unknown | 460KB | Video |
| sublimeguy14@KaZaA | Jennifer Lopez -nude scene.mpeg | Unknown | 762KB | Video |
| sublimeguy14@KaZaA | Blowjob - Huge tits, Swallow from glass.mpg | Unknown | 3,320KB | Video |
| sublimeguy14@KaZaA | Asian Teen Blowjob with Big Dick.mpeg | Unknown | 2,520KB | Video |
| sublimeguy14@KaZaA | asia asian porn star minka huge collossal tits breast boob5... | Unknown | 579KB | Video |
| sublimeguy14@KaZaA | Alicia Silverstone naked.mpg | Unknown | 17,450KB | Video |
| sublimeguy14@KaZaA | Catherine Zeta Jones Fucking by Fire.mpeg | Unknown | 2,820KB | Video |
| sublimeguy14@KaZaA | Pam Anderson and Tommy Lee Full Home Video.asf | Unknown | 29KB | Video |
| sublimeguy14@KaZaA | britny.jpg | Unknown | 66KB | Image |
| sublimeguy14@KaZaA | M22.mpg | Unknown | 852KB | Video |
| sublimeguy14@KaZaA | 7-words.mp3 | D | 976KB | Audio |
| sublimeguy14@KaZaA | Jenna Jameson Blowjob, Fuck_CumShot porno porn sex ... | Unknown | 3,458KB | Video |
| sublimeguy14@KaZaA | Pamela Anderson Tommy Lee sex video.mpeg | Unknown | 748KB | Video |
| sublimeguy14@KaZaA | masturbating girl (complete) [mos-6m50s].mpg | Unknown | 17,983KB | Video |
| sublimeguy14@KaZaA | Jennifer Lopez. Nude scene.mpeg | Unknown | 936KB | Video |
| sublimeguy14@KaZaA | tag team blowjob.mpeg | Unknown | 3,020KB | Video |
| sublimeguy14@KaZaA | Britney Spears Naked!!! This is real.mpg | Unknown | 372KB | Video |
| sublimeguy14@KaZaA | britney spears running naked porn o sex XXX.mov | Unknown | 90KB | Video |
| sublimeguy14@KaZaA | Intense Blowjob.mov | Unknown | 2,127KB | Video |
| sublimeguy14@KaZaA | nude celeb celebrity christina ricci 2.mpeg | Unknown | 2,864KB | Video |
| sublimeguy14@KaZaA | Britney_Spears_-_Fixing_Her_Breasts_not_nude.mpg | Unknown | 390KB | Video |
| sublimeguy14@KaZaA | really_hot_asian_girl_Fingering_by_pool.mpg | Unknown | 1,020KB | Video |
| sublimeguy14@KaZaA | drunk in shower in bra and panties.jpg | Unknown | 33KB | Image |
| sublimeguy14@KaZaA | XXX_Jill Kelly Absolutely best Blowjob ever 3min32sec.mpg | Unknown | 3,460KB | Video |
| sublimeguy14@KaZaA | Taylor Hayes - Ultimate Blowjob.mpeg | Unknown | 5,792KB | Video |

Found 1153 files. | 91,848 users online, sharing 91,635,295 files (1,305,088 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | Taylor Hayes - Ultimate Blowjob.mpeg | Unknown | 5,792KB | Video |
| sublimeguy14@KaZaA | Big Tits Riding on Top.mpg | Unknown | 2,938KB | Video |
| sublimeguy14@KaZaA | bondage.mpeg | Unknown | 1,960KB | Video |
| sublimeguy14@KaZaA | incomplete downloads.txt | Unknown | 0KB | |
| sublimeguy14@KaZaA | the doors - house of the rising sun.mp3 | The Doors | 3,693KB | Audio |
| sublimeguy14@KaZaA | Doors - I'm Horny, I'm Stoned.mp3 | Doors | 3,643KB | Audio |
| sublimeguy14@KaZaA | Doors - Hello, I Love You.mp3 | Doors | 2,107KB | Audio |
| sublimeguy14@KaZaA | Alanis Morrisette - Head Over Feet.mp3 | Alanis Morrisette | 4,179KB | Audio |
| sublimeguy14@KaZaA | Simon_Garfunkel - Mrs. Robinson.mp3 | Beatles | 2,800KB | Audio |
| sublimeguy14@KaZaA | Beatles - Octopus's Garden (1).mp3 | Beatles | 4,035KB | Audio |
| sublimeguy14@KaZaA | Beatles - Something.mp3 | Beatles | 2,855KB | Audio |
| sublimeguy14@KaZaA | Lauryn Hill - Killing Me Softly.mp3 | Lauryn Hill | 4,654KB | Audio |
| sublimeguy14@KaZaA | BeastieBoys-Sabotage.ram | Unknown | 348KB | |
| sublimeguy14@KaZaA | A.D.I.D.A.S.mid | D | 38KB | Audio |
| sublimeguy14@KaZaA | Divine.mid | D | 35KB | Audio |
| sublimeguy14@KaZaA | Blind.mid | D | 23KB | Audio |
| sublimeguy14@KaZaA | Clown.mid | D | 72KB | Audio |
| sublimeguy14@KaZaA | Ass Itch.mid | D | 36KB | Audio |
| sublimeguy14@KaZaA | Freak On A Leash.mid | D | 34KB | Audio |
| sublimeguy14@KaZaA | Good God.mid | D | 40KB | Audio |
| sublimeguy14@KaZaA | Got The Life.mid | D | 43KB | Audio |
| sublimeguy14@KaZaA | Helmet In The Bush.mid | D | 47KB | Audio |
| sublimeguy14@KaZaA | Kill You.mid | D | 39KB | Audio |
| sublimeguy14@KaZaA | Lowrider.mid | D | 8KB | Audio |
| sublimeguy14@KaZaA | No Place To Hide.mid | D | 26KB | Audio |
| sublimeguy14@KaZaA | Porno Creep.mid | D | 14KB | Audio |
| sublimeguy14@KaZaA | Predictable.mid | D | 57KB | Audio |
| sublimeguy14@KaZaA | Predictable1.mid | D | 45KB | Audio |
| sublimeguy14@KaZaA | Shoots_Ladders.mid | D | 24KB | Audio |

Found 1153 files | 91,848 users online, sharing 91,635,295 files (1,305,088 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Traffic | Tell A Friend | My Kazaa | Shop

New search | Download | Search | Search Field

| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| sublimeguy14@KaZaA | Shoots_Ladders.mid | 24KB | Audio | D |
| sublimeguy14@KaZaA | Twist.mid | 15KB | Audio | D |
| sublimeguy14@KaZaA | ADIDAS_Sex_Junkie_Remix.mid | 43KB | Audio | ADIDAS |
| sublimeguy14@KaZaA | eraser.MP3 | 4,586KB | Audio | D |
| sublimeguy14@KaZaA | march of the pigs.MP3 | 2,792KB | Audio | D |
| sublimeguy14@KaZaA | closer.MP3 | 5,829KB | Audio | D |
| sublimeguy14@KaZaA | ruiner.MP3 | 4,671KB | Audio | D |
| sublimeguy14@KaZaA | the becoming.MP3 | 5,180KB | Audio | D |
| sublimeguy14@KaZaA | i do not want this.MP3 | 5,332KB | Audio | D |
| sublimeguy14@KaZaA | big man with a gun.MP3 | 1,502KB | Audio | D |
| sublimeguy14@KaZaA | a warm place.MP3 | 3,170KB | Audio | D |
| sublimeguy14@KaZaA | reptile.MP3 | 6,443KB | Audio | D |
| sublimeguy14@KaZaA | the downward spiral.MP3 | 3,702KB | Audio | D |
| sublimeguy14@KaZaA | hurt.MP3 | 5,875KB | Audio | D |
| sublimeguy14@KaZaA | mr_self_destruct.MP3 | 4,220KB | Audio | D |
| sublimeguy14@KaZaA | piggy.MP3 | 4,134KB | Audio | D |
| sublimeguy14@KaZaA | heresy.MP3 | 3,660KB | Audio | D |
| sublimeguy14@KaZaA | TDS playlist.m3u | 0KB | | Unknown |
| sublimeguy14@KaZaA | Matrix - Kung Fu Scene.mp3 | 2,896KB | Audio | Movie |
| sublimeguy14@KaZaA | Desktop.ini | 0KB | | Unknown | Matrix |
| sublimeguy14@KaZaA | Nirvana - About a Girl.mp3 | 3,388KB | Audio | Nirvana |
| sublimeguy14@KaZaA | Nirvana - Silver.mp3 | 2,120KB | Audio | Nas |
| sublimeguy14@KaZaA | Nirvana - Heart Shaped Box.mp3 | 4,374KB | Audio | Nirvana |
| sublimeguy14@KaZaA | Nirvana - Polly.mp3 | 2,766KB | Audio | Nirvana |
| sublimeguy14@KaZaA | polly (wishkah).MP3 | 2,345KB | Audio | nirvana |
| sublimeguy14@KaZaA | Nirvana - Lithium.mp3 | 3,469KB | Audio | Nirvana |
| sublimeguy14@KaZaA | Nirvana - Smells Like Teen Spirit.MP3 | 4,690KB | Audio | Nas |
| sublimeguy14@KaZaA | Nirvana - 14 - Where Did You Sleep Last Night.mp3 | 4,798KB | Audio | D |
| sublimeguy14@KaZaA | dive.MP3 | 1,138KB | Audio | Nirvana – 14 – Where Did... |

Found 1153 files. | 91,848 users online, sharing 91,635,295 files (1,305,088 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | dive.MP3 | D | 1,138KB | Audio |
| sublimeguy14@KaZaA | polly (non-acoustic).MP3 | Nirvana | 533KB | Audio |
| sublimeguy14@KaZaA | son of a gun.MP3 | Nas | 812KB | Audio |
| sublimeguy14@KaZaA | 7. NIN-Sin.MP3 | Nine Inch Nails | 3,793KB | Audio |
| sublimeguy14@KaZaA | 3. NIN-down in it.mp3 | D | 3,525KB | Audio |
| sublimeguy14@KaZaA | 10. NIN-ringfinger.mp3 | Nine Inch Nails | 13,310KB | Audio |
| sublimeguy14@KaZaA | 6. NIN-kinda I want to.mp3 | D | 3,734KB | Audio |
| sublimeguy14@KaZaA | 5. NIN-something i can never have.mp3 | Eve | 5,536KB | Audio |
| sublimeguy14@KaZaA | 4. NIN-sanctified.MP3 | Nine Inch Nails | 6,803KB | Audio |
| sublimeguy14@KaZaA | 2. NIN-terrible lie.mp3 | 2. NIN | 4,357KB | Audio |
| sublimeguy14@KaZaA | 1. NIN-head like a hole.mp3 | D | 4,686KB | Audio |
| sublimeguy14@KaZaA | 9. NIN-the only time.MP3 | 9. NIN | 4,495KB | Audio |
| sublimeguy14@KaZaA | 8. NIN-that's what i get.mp3 | 8. NIN | 4,224KB | Audio |
| sublimeguy14@KaZaA | playlist.m3u | Unknown | 0KB | Audio |
| sublimeguy14@KaZaA | Outkast - ATLiens.mp3 | Outkast | 3,611KB | Audio |
| sublimeguy14@KaZaA | Outkast – BOB.mp3 | Outkast | 4,801KB | Audio |
| sublimeguy14@KaZaA | Outkast – Chonkyfire.mp3 | Outkast | 7,230KB | Audio |
| sublimeguy14@KaZaA | Outkast - Sorry Miss Jackson.mp3 | Outkast | 6,443KB | Audio |
| sublimeguy14@KaZaA | Outkast - Wheelz of Steel.mp3 | Outkast | 3,778KB | Audio |
| sublimeguy14@KaZaA | Outkast - ATLiens - 06 - Elevators-(Me_You).mp3 | Outkast | 3,880KB | Audio |
| sublimeguy14@KaZaA | Outkast-RosaParks.mp3 | Outkast | 6,329KB | Audio |
| sublimeguy14@KaZaA | 2. superbeast.MP3 | D | 3,441KB | Audio |
| sublimeguy14@KaZaA | 3. dragula.MP3 | D | 3,483KB | Audio |
| sublimeguy14@KaZaA | 4. living dead girl.MP3 | D | 3,146KB | Audio |
| sublimeguy14@KaZaA | 5. perversion.MP3 | D | 1,612KB | Audio |
| sublimeguy14@KaZaA | 6. demonoid phenomenon.MP3 | D | 3,935KB | Audio |
| sublimeguy14@KaZaA | 7. spookshow baby.MP3 | D | 3,407KB | Audio |
| sublimeguy14@KaZaA | 8. how to make a monster.MP3 | D | 1,541KB | Audio |
| sublimeguy14@KaZaA | 9. meet the creeper.MP3 | D | 3,019KB | Audio |

Found 1153 Files    91,848 users online, sharing 91,635,295 files (1,305,088 GB)    Not sharing any files

## Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Search | Traffic | Shop | Tell A Friend
New search | My Kazaa | My Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | 9. meet the creeper.MP3 | D | 3,019KB | Audio |
| sublimeguy14@KaZaA | 10. the ballad of resurrection joe.MP3 | D | 3,668KB | Audio |
| sublimeguy14@KaZaA | 11. what lurks on channel x.MP3 | D | 2,336KB | Audio |
| sublimeguy14@KaZaA | 12. return of the phantom stranger.MP3 | D | 4,243KB | Audio |
| sublimeguy14@KaZaA | 13. the beggining of the end.MP3 | D | 1,793KB | Audio |
| sublimeguy14@KaZaA | 1. call of the zombie.MP3 | D | 475KB | Audio |
| sublimeguy14@KaZaA | PHYSICAL.MP3 | Nine Inch Nails | 4,510KB | Audio |
| sublimeguy14@KaZaA | gave up.mp3 | Nine Inch Nails | 2,915KB | Audio |
| sublimeguy14@KaZaA | e2 - Nine Inch Nails - Suck.mp3 | Nine Inch Nails | 4,796KB | Audio |
| sublimeguy14@KaZaA | Nine Inch Nails - Happiness In Slavery.mp3 | Nine Inch Nails | 5,018KB | Audio |
| sublimeguy14@KaZaA | nine inch nails - help me,i am in hell.mp3 | Nine Inch Nails | 1,815KB | Audio |
| sublimeguy14@KaZaA | Pinion.mp3 | Unknown | 975KB | Audio |
| sublimeguy14@KaZaA | nine inch nails - wish.mp3 | Nine Inch Nails | 3,375KB | Audio |
| sublimeguy14@KaZaA | Nine Inch Nails - 03. Last.mp3 | Nine Inch Nails | 4,446KB | Audio |
| sublimeguy14@KaZaA | Deep Concentration-04-The Angel-Strange Times.mp3 | D | 2,728KB | Audio |
| sublimeguy14@KaZaA | Deep Concentration-10-Beyond There-On Wax.mp3 | D | 4,112KB | Audio |
| sublimeguy14@KaZaA | Deep Concentration - 09 - They Don't Fall Down.mp3 | D | 4,805KB | Audio |
| sublimeguy14@KaZaA | classical - alla turca.mp3 | A+ | 3,323KB | Audio |
| sublimeguy14@KaZaA | ub 40 - red red wine.mp3 | D | 5,010KB | Audio |
| sublimeguy14@KaZaA | Garbage - Stupid Girl.mp3 | Garbage | 3,535KB | Audio |
| sublimeguy14@KaZaA | Garbage - Supervixen.mp3 | Garbage | 3,692KB | Audio |
| sublimeguy14@KaZaA | Garbage - Queer.mp3 | Garbage | 4,327KB | Audio |
| sublimeguy14@KaZaA | Garbage - 07 - Vow.mp3 | Garbage | 4,220KB | Audio |
| sublimeguy14@KaZaA | 05 Garbage - Not My Idea.mp3 | D | 3,454KB | Audio |
| sublimeguy14@KaZaA | 06 - burn.mp3 | Garbage | 4,590KB | Audio |
| sublimeguy14@KaZaA | smallville pro.jpg | Unknown | 490KB | Image |
| sublimeguy14@KaZaA | Beethoven - Moonlight Sonata.mp3 | Beethoven | 5,782KB | Audio |
| sublimeguy14@KaZaA | 311-Prisoner.mp3 | 311 | 2,653KB | Audio |
| sublimeguy14@KaZaA | 311 - Electricity.mp3 | 311 | 2,411KB | Audio |

Found 1153 files | 91,848 users online, sharing 91,635,295 files (1,305,088 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | 311 - Electricity.mp3 | 311 | 2,411KB | Audio |
| sublimeguy14@KaZaA | 311 - Galaxy.mp3 | 311 | 108KB | Audio |
| sublimeguy14@KaZaA | 311 - Transistor - 08 - Jupiter.mp3 | 311 | 58KB | Audio |
| sublimeguy14@KaZaA | 311 - transistor.mp3 | 311 | 2,849KB | Audio |
| sublimeguy14@KaZaA | 311 - What Was I Thinking.mp3 | 311 | 60KB | Audio |
| sublimeguy14@KaZaA | 311 - Beautiful Disaster.mp3 | 311 | 3,784KB | Audio |
| sublimeguy14@KaZaA | 311 - light years.mp3 | 311 | 2,898KB | Audio |
| sublimeguy14@KaZaA | beethoven - no2 c sharp minor op 27 moonlight presto agit... | Beethoven | 6,678KB | Audio |
| sublimeguy14@KaZaA | fake.MP3 | Unknown | 4,551KB | Audio |
| sublimeguy14@KaZaA | Ball Tongue.MP3 | Unknown | 4,207KB | Audio |
| sublimeguy14@KaZaA | lies.MP3 | Unknown | 3,162KB | Audio |
| sublimeguy14@KaZaA | Need to.MP3 | D | 3,774KB | Audio |
| sublimeguy14@KaZaA | clown.MP3 | D | 4,330KB | Audio |
| sublimeguy14@KaZaA | divine.MP3 | D | 2,676KB | Audio |
| sublimeguy14@KaZaA | faggot.MP3 | D | 5,468KB | Audio |
| sublimeguy14@KaZaA | shoots_ladders.MP3 | D | 5,045KB | Audio |
| sublimeguy14@KaZaA | predictable.MP3 | D | 4,263KB | Audio |
| sublimeguy14@KaZaA | daddy.MP3 | D | 16,425KB | Audio |
| sublimeguy14@KaZaA | [11] Track 11.MP3 | Unknown | 3,793KB | Audio |
| sublimeguy14@KaZaA | Blind.MP3 | D | 4,055KB | Audio |
| sublimeguy14@KaZaA | Incubus - Pardon me.mp3 | D | 5,243KB | Audio |
| sublimeguy14@KaZaA | master NIN list.m3u | Unknown | 1KB | Audio |
| sublimeguy14@KaZaA | NIN-perfect drug(extended_version).mp3 | D | 4,937KB | Audio |
| sublimeguy14@KaZaA | 3. elite.mp3 | Lit | 5,651KB | Audio |
| sublimeguy14@KaZaA | 7. Knife_Party.mp3 | Deftones | 6,769KB | Audio |
| sublimeguy14@KaZaA | 9. Passenger.mp3 | Deftones | 8,630KB | Audio |
| sublimeguy14@KaZaA | 4. (real)RX queen.mp3 | Deftones | 6,267KB | Audio |
| sublimeguy14@KaZaA | 5. (real)street carp.mp3 | Deftones | 3,783KB | Audio |
| sublimeguy14@KaZaA | 2. (real)digital bath.mp3 | Deftones | 5,973KB | Audio |

Found 1153 files    91,848 users online, sharing 91,635,295 files (1,305,088 GB)    Not sharing any files