# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | 2. (real)digital bath.mp3 | Deftones | 5,978KB | Audio |
| sublimeguy14@KaZaA | 10. Change (In the House of Flies).mp3 | Deftones | 7,009KB | Audio |
| sublimeguy14@KaZaA | 6. Teenager.mp3 | Deftones | 4,693KB | Audio |
| sublimeguy14@KaZaA | 11. Pink Maggot.mp3 | Deftones | 5,980KB | Audio |
| sublimeguy14@KaZaA | 8. korea.mp3 | Deftones | 4,766KB | Audio |
| sublimeguy14@KaZaA | 12.- The Boys Republic.mp3 | Deftones | 10,597KB | Audio |
| sublimeguy14@KaZaA | change(letterman)chipmunk.MP3 | Unknown | 1,911KB | Audio |
| sublimeguy14@KaZaA | change(letterman)3.wav | Unknown | 42,141KB | Audio |
| sublimeguy14@KaZaA | change(letterman)slower.MP3 | Unknown | 3,823KB | Audio |
| sublimeguy14@KaZaA | Incubus - New Skin.mp3 | Incubus | 3,613KB | Audio |
| sublimeguy14@KaZaA | Styx - Mr. Roboto.mp3 | Styx | 4,463KB | Audio |
| sublimeguy14@KaZaA | Beethoven – Fur Elise (techno mix).mp3 | Beethoven | 3,266KB | Audio |
| sublimeguy14@KaZaA | Chad Muska Lipslide.mov | Unknown | 68KB | Video |
| sublimeguy14@KaZaA | Car Wash.mp3 | Pure Funk | 3,064KB | Audio |
| sublimeguy14@KaZaA | A Perfect Circle - Judith(live).mp3 | A Perfect Circle | 3,852KB | Audio |
| sublimeguy14@KaZaA | nofx - reeko.mp3 | Nofx | 2,904KB | Audio |
| sublimeguy14@KaZaA | A Night At The Roxbury Soundtrack - This Is Your Night.m... | Amber | 3,750KB | Audio |
| sublimeguy14@KaZaA | Haddaway - What is Love (Baby Don't Hurt Me).mp3 | Haddaway | 6,274KB | Audio |
| sublimeguy14@KaZaA | A Night At The Roxbury - Bamboogie.mp3 | A Night At The Roxbury | 3,047KB | Audio |
| sublimeguy14@KaZaA | Ace of Base - Beautiful Life.Mp3 | Ace of Base | 3,436KB | Audio |
| sublimeguy14@KaZaA | 3rd Party – Pop Musik.mp3 | 3rd Party | 2,886KB | Audio |
| sublimeguy14@KaZaA | Faithless - Insomnia (Monster Mix).mp3 | Faithless | 6,317KB | Audio |
| sublimeguy14@KaZaA | (11) A Night At The Roxbury - No Mercy - Where Do You G... | No Mercy | 8,618KB | Audio |
| sublimeguy14@KaZaA | snow – Informer.mp3 | snow | 4,256KB | Audio |
| sublimeguy14@KaZaA | shaggy - bangin' on the bathroom floor.mp3 | Shaggy | 5,328KB | Audio |
| sublimeguy14@KaZaA | Marcy's Playground - Sex and Candy.mp3 | Marcy Playground | 2,705KB | Audio |
| sublimeguy14@KaZaA | Lit - I am my own worst enemy.mp3 | Lit | 2,649KB | Audio |
| sublimeguy14@KaZaA | sublime – Doin Time (wyclef Mix).mp3 | D | 3,631KB | Audio |
| sublimeguy14@KaZaA | Wassup – Matrix.mpeg | Unknown | 2,169KB | Video |

Found 1153 files | 91,848 users online, sharing 91,635,295 files (1,305,088 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | Wassup - Matrix.mpeg | Unknown | 2,169KB | Video |
| sublimeguy14@KaZaA | Josh Kasper - Huge Ledge.mov | Unknown | 522KB | Video |
| sublimeguy14@KaZaA | Chad Muska - 18 Stair 50-50.mov | Unknown | 970KB | Video |
| sublimeguy14@KaZaA | Chad Muska - 360 Flip Over Handrail.mov | Unknown | 417KB | Video |
| sublimeguy14@KaZaA | CKY2K - Fat Brandon.mov | Unknown | 100KB | Video |
| sublimeguy14@KaZaA | sublime e.p.k..mpg | Unknown | 1,450KB | Video |
| 2 Users | propeller.heads~spybreak(matrix).mp3 | Propellerheads | 3,759KB | Audio |
| sublimeguy14@KaZaA | Bad Religion - shades of truth.mp3 | Bad Religion | 3,775KB | Audio |
| sublimeguy14@KaZaA | Bad Religion - American Jesus.mp3 | Bad Religion | 2,666KB | Audio |
| sublimeguy14@KaZaA | Bad Religion - Big Bang.mp3 | Bad Religion | 1,596KB | Audio |
| sublimeguy14@KaZaA | Bad Religion - Leaders and Followers.mp3 | Bad Religion | 2,530KB | Audio |
| sublimeguy14@KaZaA | Bad Religion - Punk Rock Song.mp3 | Bad Religion | 2,295KB | Audio |
| sublimeguy14@KaZaA | Bad Religion - We're Only Gonna Die.mp3 | Bad Religion | 2,734KB | Audio |
| sublimeguy14@KaZaA | Bad Religion - 21st Century Digital Boy.mp3 | Bad Religion | 2,617KB | Audio |
| sublimeguy14@KaZaA | Bad Religion-All Ages - 18-Change of Ideas.mp3 | Bad Religion | 1,058KB | Audio |
| sublimeguy14@KaZaA | (Bad Religion).Infected.mp3 | Bad Religion | 3,873KB | Audio |
| sublimeguy14@KaZaA | The Beatles - Help!.mp3 | The Beatles | 4,362KB | Audio |
| sublimeguy14@KaZaA | Rodney_Mullen-Nollie FS 360_Shove_It_Late_flip.mpeg | Unknown | 302KB | Video |
| sublimeguy14@KaZaA | blue-shades-ms.mp3 | Frank Ticheli | 9,869KB | Audio |
| sublimeguy14@KaZaA | Henry Rollins Band - Liar.mp3 | Rollins Band | 4,510KB | Audio |
| sublimeguy14@KaZaA | Commercials - Volkswagen Beetle Commercial.mp3 | Commercials - Volkswagen | 3,876KB | Audio |
| sublimeguy14@KaZaA | A Perfect Circle - Judith.mpeg | Unknown | 40,789KB | Video |
| sublimeguy14@KaZaA | Comedy - Fart Within The Matrix.mpeg | Unknown | 2,210KB | Video |
| sublimeguy14@KaZaA | nin-witt.mid | D | 68KB | Audio |
| sublimeguy14@KaZaA | 2. Sublime - Sublime - What I Got.mp3 | sublime | 2,674KB | Audio |
| sublimeguy14@KaZaA | 15. Sublime - Carress Me Down.mp3 | D | 3,322KB | Audio |
| sublimeguy14@KaZaA | 8. Sublime - Jailhouse.mp3 | sublime | 4,584KB | Audio |
| sublimeguy14@KaZaA | 3. Sublime - Wrong Way.mp3 | sublime | 2,134KB | Audio |
| sublimeguy14@KaZaA | 10. Sublime - Paddle Out.mp3 | sublime | 1,178KB | Audio |

Found 1153 files.  |  91,848 users online, sharing 91,635,295 files (1,305,088 GB)  |  Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New search | Download | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | 10. Sublime - Paddle Out.mp3 | sublime | 1,178KB | Audio |
| sublimeguy14@KaZaA | 9. Sublime - Sublime - Pawn Shop.mp3 | Sublime | 5,720KB | Audio |
| sublimeguy14@KaZaA | 12. Sublime - Sublime - Burritos.mp3 | sublime | 3,679KB | Audio |
| sublimeguy14@KaZaA | 7. Sublime - Sublime - Seed.mp3 | D | 2,035KB | Audio |
| sublimeguy14@KaZaA | 16. Sublime - What I Got (Reprise).mp3 | Sublime | 2,845KB | Audio |
| sublimeguy14@KaZaA | 13. Sublime - Under My Voodoo.mp3 | sublime | 3,223KB | Audio |
| sublimeguy14@KaZaA | 14. Sublime - Get ready.mp3 | sublime | 4,532KB | Audio |
| sublimeguy14@KaZaA | 17. Sublime - Doin' Time.mp3 | sublime | 3,943KB | Audio |
| sublimeguy14@KaZaA | 6. Sublime - Santeria.mp3 | Sublime | 2,861KB | Audio |
| sublimeguy14@KaZaA | 4. Sublime - Same In the End.mp3 | sublime | 2,462KB | Audio |
| sublimeguy14@KaZaA | 1. Sublime - Sublime - Garden Grove.mp3 | sublime | 4,090KB | Audio |
| sublimeguy14@KaZaA | 5. Sublime - April 29, 1992, (Miami).mp3 | Sublime | 3,645KB | Audio |
| sublimeguy14@KaZaA | 11. Sublime - The Ballad Of Johnny Butt.mp3 | sublime | 2,056KB | Audio |
| sublimeguy14@KaZaA | Fifth Dimension - Age of Aquarious.mp3 | The Fifth Dimension | 4,530KB | Audio |
| sublimeguy14@KaZaA | drifters - Boardwalk.mp3 | Drifters | 2,439KB | Audio |
| sublimeguy14@KaZaA | Don McLean - Miss American Pie.mp3 | Don McLean | 8,006KB | Audio |
| sublimeguy14@KaZaA | Diana Ross and the Supremes - I Will Survive.mp3 | Diana Ross and the Supremes | 3,050KB | Audio |
| sublimeguy14@KaZaA | Beegees - Stayin Alive.mp3 | D | 4,502KB | Audio |
| sublimeguy14@KaZaA | Filter - Hey Man, Nice Shot.mp3 | Filter | 4,911KB | Audio |
| sublimeguy14@KaZaA | Filter - Under.mp3 | D | 4,023KB | Audio |
| sublimeguy14@KaZaA | Filter - Spent.mp3 | Filter | 4,350KB | Audio |
| sublimeguy14@KaZaA | Filter - Dose.mp3 | Filter | 3,665KB | Audio |
| sublimeguy14@KaZaA | Filter - Take Another.mp3 | Filter | 4,118KB | Audio |
| sublimeguy14@KaZaA | Filter - Stuck In Here.mp3 | Filter | 3,364KB | Audio |
| sublimeguy14@KaZaA | Filter - It's Over.mp3 | Filter | 3,394KB | Audio |
| sublimeguy14@KaZaA | Filter - Gerbil.mp3 | Filter | 2,970KB | Audio |
| sublimeguy14@KaZaA | FILTER - SHORT BUS - WHITE LIKE THAT.mp3 | Filter | 4,020KB | Audio |
| sublimeguy14@KaZaA | Filter - So Cool.mp3 | Filter | 4,170KB | Audio |
| sublimeguy14@KaZaA | Filter - Consider This.mp3 | D | 4,053KB | Audio |

Found 1153 files | 91,848 users online, sharing 91,635,295 files (1,305,088 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | Filter - Consider This.mp3 | D | 4,053KB | Audio |
| sublimeguy14@KaZaA | the fragile.mp3 | Nine Inch Nails | 6,448KB | Audio |
| sublimeguy14@KaZaA | la mer.mp3 | Nine Inch Nails | 6,504KB | Audio |
| sublimeguy14@KaZaA | the great below.mp3 | Unknown | 7,415KB | Audio |
| sublimeguy14@KaZaA | somewhat damaged.mp3 | Nine Inch Nails | 6,360KB | Audio |
| sublimeguy14@KaZaA | the way out is through.mp3 | Unknown | 5,655KB | Audio |
| sublimeguy14@KaZaA | fragile-left.m3u | Unknown | 0KB | |
| sublimeguy14@KaZaA | even deeper.mp3 | Nine Inch Nails | 8,146KB | Audio |
| sublimeguy14@KaZaA | the wretched.mp3 | Nine Inch Nails | 7,624KB | Audio |
| sublimeguy14@KaZaA | the frail.mp3 | Nine Inch Nails | 2,671KB | Audio |
| sublimeguy14@KaZaA | pilgrimage.mp3 | Unknown | 4,956KB | Audio |
| sublimeguy14@KaZaA | no, you don't.mp3 | D | 3,370KB | Audio |
| sublimeguy14@KaZaA | Aerosmith - Pink.mp3 | Aerosmith | 3,678KB | Audio |
| sublimeguy14@KaZaA | 6, 3 libras.mp3 | A Perfect Circle | 4,290KB | Audio |
| sublimeguy14@KaZaA | 3. rose.mp3 | A Perfect Circle | 3,188KB | Audio |
| sublimeguy14@KaZaA | 4. judith.mp3 | A Perfect Circle | 5,744KB | Audio |
| sublimeguy14@KaZaA | 5, orestes.mp3 | A Perfect Circle | 6,703KB | Audio |
| sublimeguy14@KaZaA | 7. Sleeping Beauty.mp3 | Unknown | 5,800KB | Audio |
| sublimeguy14@KaZaA | 8. Thomas.mp3 | A Perfect Circle | 3,258KB | Audio |
| sublimeguy14@KaZaA | 9. renholder.mp3 | A Perfect Circle | 3,332KB | Audio |
| sublimeguy14@KaZaA | 10. Thinking of you.mp3 | A Perfect Circle | 6,370KB | Audio |
| sublimeguy14@KaZaA | 11. Brena.mp3 | Unknown | 5,692KB | Audio |
| sublimeguy14@KaZaA | 12. over.mp3 | A Perfect Circle | 3,304KB | Audio |
| sublimeguy14@KaZaA | 2. Magdalena.mp3 | A Perfect Circle | 3,812KB | Audio |
| sublimeguy14@KaZaA | 1. hollow.mp3 | A Perfect Circle | 4,150KB | Audio |
| sublimeguy14@KaZaA | 14 - Janine - Ruby Vroom - Soul Coughing.mp3 | Soul Coughing | 4,952KB | Audio |
| sublimeguy14@KaZaA | rubyvroomback.jpg | Unknown | 96KB | Image |
| sublimeguy14@KaZaA | rubyvroom.jpg | Unknown | 34KB | Image |
| sublimeguy14@KaZaA | rubyvroomcd.jpg | Unknown | 16KB | Image |

Found 1153 files    91,848 users online, sharing 91,635,295 files (1,305,088 GB)    Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | rubyyroomcd.jpg | Unknown | 16KB | Image |
| sublimeguy14@KaZaA | rubyyroombackcd.jpg | Unknown | 16KB | Image |
| sublimeguy14@KaZaA | Filter - 02 Welcome To The Fold.mp3 | Filter | 7,190KB | Audio |
| sublimeguy14@KaZaA | 4. Remnants.mp3 | D | 2,810KB | Audio |
| sublimeguy14@KaZaA | 2. The Longest Line.mp3 | Unknown | 1,694KB | Audio |
| sublimeguy14@KaZaA | 5. Kill All The White Man.mp3 | D | 3,250KB | Audio |
| sublimeguy14@KaZaA | 3. Stranded.mp3 | D | 1,745KB | Audio |
| sublimeguy14@KaZaA | 1. Death of John Smith.mp3 | Nofx | 3,584KB | Audio |
| sublimeguy14@KaZaA | Chad Muska - Frontside Flip.mov | Unknown | 511KB | Video |
| sublimeguy14@KaZaA | Queen - You're My Best Friend.mp3 | Queen | 2,692KB | Audio |
| sublimeguy14@KaZaA | deftones-the_boys_republic-ego.mp3 | Deftones | 6,511KB | Audio |
| sublimeguy14@KaZaA | Marky Mark - Good Vibrations.mp3 | D | 4,212KB | Audio |
| sublimeguy14@KaZaA | VANILLA_ICE_-_ICE_ICE_BABY.mp3 | Vanilla Ice | 4,164KB | Audio |
| sublimeguy14@KaZaA | Nine Inch Nails - Burn.mp3 | Nine Inch Nails | 4,695KB | Audio |
| sublimeguy14@KaZaA | Jesus Jones - Right Here Right Now.mp3 | Jesus Jones | 2,384KB | Audio |
| sublimeguy14@KaZaA | Silverchair-Ana's Song.mp3 | Silverchair | 4,338KB | Audio |
| sublimeguy14@KaZaA | Green Day - Time Of Your Life.mp3 | D | 2,423KB | Audio |
| sublimeguy14@KaZaA | Tupac - Calfornia Love RMX.mp3 | Tupac | 4,960KB | Audio |
| sublimeguy14@KaZaA | The Who - Baba O'Reilly (Teenage Wasteland).mp3 | D | 4,820KB | Audio |
| sublimeguy14@KaZaA | Blink182 - Adam's Song.mp3 | Blink 182 | 5,843KB | Audio |
| sublimeguy14@KaZaA | Rockwell - Sombody's Watching Me.mp3 | D | 4,648KB | Audio |
| sublimeguy14@KaZaA | Reveille - Playing God.mp3 | D | 3,775KB | Audio |
| sublimeguy14@KaZaA | Pink Floyd - The Wall.mp3 | Pink Floyd | 8,339KB | Audio |
| sublimeguy14@KaZaA | Chad Muska - 12 Stair-Noseblunt.mov | Unknown | 530KB | Video |
| sublimeguy14@KaZaA | Ozzy Ozbourne-Crazy Train.mp3 | Ozzy Osbourne | 4,546KB | Audio |
| sublimeguy14@KaZaA | sublime - doin time (Downtown Mix).mp3 | D | 4,960KB | Audio |
| sublimeguy14@KaZaA | x.mp3 | System Of A Down | 1,900KB | Audio |
| sublimeguy14@KaZaA | list.m3u | Unknown | 0KB | |
| sublimeguy14@KaZaA | Rodney Mullen - Freestyle Juggle.mpg | Unknown | 492KB | Video |

Found 1153 files. | 91,848 users online, sharing 91,635,295 files (1,305,088 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | | Tell A Friend
New search | My Download | | Search | | | Traffic | Shop | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| sublimeguy14@KaZaA | Rodney Mullen - Freestyle Juggle.mpg | Unknown | 492KB | Video |
| sublimeguy14@KaZaA | weird al - polka power.mp3 | D | 4,075KB | Audio |
| sublimeguy14@KaZaA | 14 - jamming.mp3 | Bob Marley | 3,297KB | Audio |
| sublimeguy14@KaZaA | track-listing.txt | Unknown | 0KB | |
| sublimeguy14@KaZaA | 6. Get Up Stand Up.mp3 | Bob Marley | 3,075KB | Audio |
| sublimeguy14@KaZaA | 10. Waiting in vain.mp3 | Bob Marley _ The Wailers | 2,998KB | Audio |
| sublimeguy14@KaZaA | 3. Could You Be Loved.mp3 | Bob Marley | 4,579KB | Audio |
| sublimeguy14@KaZaA | 2. No Woman No Cry.mp3 | Marley, Bob | 6,680KB | Audio |
| sublimeguy14@KaZaA | 4. Three Little Birds.mp3 | Bob Marley | 2,814KB | Audio |
| sublimeguy14@KaZaA | 8. One Love - People Get Ready.mp3 | Bob Marley | 2,681KB | Audio |
| sublimeguy14@KaZaA | 5. Buffalo Soldier.mp3 | Bob Marley | 4,030KB | Audio |
| sublimeguy14@KaZaA | 1. Is This Love.mp3 | Bob Marley | 3,631KB | Audio |
| sublimeguy14@KaZaA | 13. Exodus (Bob Marley cover).mp3 | Dave Matthews | 8,155KB | Audio |
| sublimeguy14@KaZaA | 9. I Shot the Sheriff.mp3 | Bob Marley and the Wailers | 4,388KB | Audio |
| sublimeguy14@KaZaA | 12. Satisfy My Soul.mp3 | Bob Marley | 6,364KB | Audio |
| sublimeguy14@KaZaA | 11. Redemption Song.mp3 | Bob Marley | 3,580KB | Audio |
| sublimeguy14@KaZaA | 7. Stir It Up.mp3 | Bob Marley | 5,212KB | Audio |
| sublimeguy14@KaZaA | techno - volkswagen jetta commercial-long version.mp3 | Techno | 3,785KB | Audio |
| sublimeguy14@KaZaA | matrix16.mov | Unknown | 4,919KB | Video |
| sublimeguy14@KaZaA | matrix2.mov | Unknown | 5,120KB | Video |
| sublimeguy14@KaZaA | Nine Inch Nails - Closer (XXX-Remix).mp3 | Nine Inch Nails | 5,784KB | Audio |
| sublimeguy14@KaZaA | Southpark - Uncle Fucker.mp3 | Southpark Movie | 1,031KB | Audio |
| sublimeguy14@KaZaA | Deftones - Be Quiet and Drive (Far Away) (Acoustic Remix)... | D | 4,253KB | Audio |
| sublimeguy14@KaZaA | Chad Muska-nose slide boom box.avi | Unknown | 168KB | Video |
| sublimeguy14@KaZaA | Fred Durst and Aaron Lewis - Outside (1).mp3 | Staind | 5,340KB | Audio |
| sublimeguy14@KaZaA | Nine Inch Nails - Closer (Techno Mix).mp3 | Nine Inch Nails | 3,108KB | Audio |
| sublimeguy14@KaZaA | Family Guy - 321 - Viewer Mail.mpg | Unknown | 234,349KB | Video |
| sublimeguy14@KaZaA | Garbage - The World Is not Enough(remix).mp3 | D | 5,660KB | Audio |
| sublimeguy14@KaZaA | Green Day - Time Of Your Life.mp3 | Unknown | 21,932KB | Video |

Found 1153 files | 91,848 users online, sharing 91,635,295 files (1,305,088 GB) | Not sharing any files