AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; and UMG RECORDINGS, INC. | | DEFENDANT<br>JOEL TENENBAUM |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOEL TENENBAUM

**IP Address:** 68.227.185.38 2004-08-10 00:49:12　　　　　　**CASE ID#** 6472775

**P2P Network:** KaZaA　　　　　　**Total Audio Files:** 816

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Incubus | New Skin | SCIENCE | 249-690 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| Atlantic Recording Corporation | Bad Religion | American Jesus | Recipe for Hate | 172-147 |
| Arista Records LLC | Outkast | Wheelz of Steel | Atliens | 233-296 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Pardon Me | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Sublime | April 29, 1992 (Miami) | Sublime | 224-105 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |