IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**JOEL TENENBAUM**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **07-CV-11446**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; NOTICE OF MANUAL FILING; CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **18th day of August, 2007, at 1:00 PM**, at the address of **1666 COMMONWEALTH Avenue APT 41, BRIGHTON, Suffolk** County, **MA 02135**; this declarant served the above described documents upon **JOEL TENENBAUM**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Claudio Felipe Busko, Roomate , A white male approx. 5'10"-6'0" in height weighing 140-160 lbs with black hair and glasses**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Massachusetts** that the statement above is true and correct.

DATED this **29th day of August, 2007**.

*[signature]*
David G. BeDugnis, Sr., Suffolk, MA

| ABC's Client Name | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **4893217** |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: AUGUST 18, 2007 at 1:00 P.M.

Service of Summons and Complaint was made by me [1]
NAME OF SERVER (PRINT) DAVID G. BEDUGNIS, SR.   TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service.*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: CLAUDIO FELIPE BUSKO

☐ Returned unexecuted: _____

☐ Other (*specify*): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: AUGUST 29, 2007
Dated

Signature of Server
15 COURT SQUARE
BOSTON, MASSACHUSETTS   02108
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.