UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
SONY BMG MUSIC ENTERTAINMENT,      )
et al.,                            )
        Plaintiffs,                )
                                   )
    v.                             )       Civil Action No. 07cv11446-NG
                                   )
JOEL TENENBAUM,                    )
        Defendant.                 )
_____)
```

**GERTNER, D.J.:**

# JUDGMENT
December 7, 2009

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

**Judgment is entered in favor of plaintiffs and against defendant as follows:**

1. Sony BMG Music Entertainment: One Hundred Twelve Thousand Five Hundred And 00/100 Dollars ($112,500.00) for the five sound recordings;

2. Warner Bros. Records, Inc: Two Hundred Twenty-Five Thousand And 00/100 Dollars ($225,000.00) for the ten sound recordings;

3. Arista Records LLC: Forty-Five Thousand And 00/100 Dollars ($45,000.00) for the two sound recordings; and,

4. UMG Recordings, Inc.: Two Hundred Ninety-Two Thousand Five Hundred And 00/100 Dollars ($292,500.00) for the thirteen sound recordings.

Furthermore, defendant shall be, and hereby is, enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law in any sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce or distribute any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that defendant has

downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

**SO ORDERED.**

Date:  December 7, 2009            */s/ Nancy Gertner*
                                   **NANCY GERTNER, U.S.D.C.**