THEODORE G. FLETCHER

ATTORNEY AT LAW

P.O. BOX 8

SOUTHWEST HARBOR, MAINE 04679-0008

21 January 2010

The Honorable Nancy Gertner
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Free Software Fdn's Amicus Brief and Law Review Filing in
    *Sony BMG Music Entertainment et al v. Tenenbaum*, 1:07-cv-11446

Dear Judge Gertner

As attorneys for amicus curiae Free Software Foundation we write just to call to the attention of the Court our revised amicus curiae brief which was filed May 18, 2009, which is fully applicable to the present motion by defendant. Moreover, the article by P. Samuelson and T. Wheatland that we submitted for the court's review has now been published at 51 Wm & Mary L. Rev. 439 and also continues to be available online at:

http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1375604

Respectfully submitted,

Theodore G. Fletcher

With Ray Beckerman, Of Counsel
*Ray Beckerman*
Ray Beckerman, P.C.
Attorneys at Law
108-18 Queens Blvd. (4th Fl.)
Forest Hills, NY 11375
Phone (718) 544-3434 Fax (718) 559-6584
ray@beckermanlegal.com
http://beckermanlegal.com

LICENSED TO PRACTICE IN THE STATE OF MAINE AND THE COMMONWEALTH OF MASSACHUSETTS

TEL: 207-244-5225          law@tgfletcher.us          FAX: 207-244-7175