UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOEL TENENBAUM,<br><br>Defendant. | Civ. Act. No 07-cv-11446-NG |

### JOINT STIPULATED ORDER REGARDING MOTION FOR SANCTIONS

On July 6, 2009, Plaintiffs filed a Motion to Compel Defense Counsel to Cease Unauthorized Recording Activities, to Cease Publication of Discovery Materials and For Sanctions ("Motion"). (*See* Doc. No. 865 in Civ. Act. No. 03-cv-11661-NG.) Among other things, Plaintiffs' Motion sought sanctions against Defendant and his counsel for Defendant's counsel's non-consensual recording of certain depositions and court hearings in this matter (the "Recordings"). Defendant's counsel also posted some of these Recordings on the Internet.

In order to resolve the Motion (Doc. No. 865), the parties have agreed and the Court hereby ORDERS that Defendant and his counsel shall undertake all efforts to identify and destroy all copies of the Recordings in their possession, custody, or control, and to remove all links to the Recordings from the Internet.

IT IS SO ORDERED.

2/23/2010

Honorable Nancy Gertner
United States District Court Judge