UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. Act. No 07-cv-11446-NG |
| v. | ) ) ) | |
| JOEL TENENBAUM, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit the attached decision in *Luis Vuitton Malletier, S.A. v. Akanoc Solutions, Inc.*, No. 07-03952 JW (N.D. Cal. Mar. 19, 2010) (attached as Exhibit A hereto), as supplemental authority in support of Plaintiffs' Response in Opposition to Defendant Joel Tenenbaum's Motion for a New Trial or Remittitur (Doc. No. 36). The *Luis Vuitton* decision addresses the standards applicable to a due process challenge to an award of statutory damages. *See Luis Vuitton*, slip op. at 22-25 & n.25 (applying the due process standard set forth in *St. Louis, I. M. & S. Railway Co. v. Williams*, 251 U.S. 63 (1919) and rejecting application of *BMW of North America, Inc. v. Gore*, 517 U.S. 559 (1996)).

Respectfully submitted this 22d day of March 2010.

        SONY BMG MUSIC ENTERTAINMENT;
        WARNER BROS. RECORDS INC.;
        ATLANTIC RECORDING CORPORATION;
        ARISTA RECORDS LLC; and UMG
        RECORDINGS, INC.

        By their attorneys,

By:   s/ Timothy M. Reynolds
      Timothy M. Reynolds (*pro hac vice*)
      Eve G. Burton (*pro hac vice*)
      Laurie J. Rust (*pro have vice*)
      HOLME ROBERTS & OWEN LLP
      1700 Lincoln, Suite 4100
      Denver, Colorado 80203
      Telephone: (303) 861-7000
      Facsimile: (303) 866-0200
      Email: tim.reynolds@hro.com
            eve.burton@hro.com
            laurie.rust@hro.com

      Matthew J. Oppenheim (*pro hac vice*)
      Oppenheim Group LLP
      7304 River Falls Drive
      Potomac, Maryland 20854
      Telephone: (301) 299-4986
      Facsimile: (866) 766-1678
      Email: matt@oppenheimgroup.net

      Daniel J. Cloherty
      DWYER & COLLORA, LLP
      600 Atlantic Avenue - 12th Floor
      Boston, MA 02210-2211
      Telephone: (617) 371-1000
      Facsimile: (617) 371-1037
      Email: dcloherty@dwyercollora.com

      ATTORNEYS FOR PLAINTIFFS

#1465127 v1 den

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 22, 2010.

                                             s/ Timothy M. Reynolds

#1465127 v1 den