UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORP.; ARISTA RECORDS LLC; and UMG RECORDINGS, INC.,**<br>    Plaintiffs,<br><br>v.<br><br>**JOEL TENENBAUM,**<br>    Defendant. | Civil Action No. 07cv11446-NG |

GERTNER, D.J.:

## AMENDED JUDGMENT
July 9, 2010

For the reasons stated in this Court's Memorandum and Order entered this same date, the judgment entered in this case on December 7, 2009, is hereby vacated and replaced by this amended judgment.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

**Judgment is entered in favor of plaintiffs and against defendant as follows:**

1. Sony BMG Music Entertainment: Eleven Thousand Two Hundred Fifty And 00/100 Dollars ($11,250.00) for the five sound recordings;

2. Warner Bros. Records Inc.: Twenty-Two Thousand Five Hundred And 00/100 Dollars ($22,500.00) for the ten sound recordings;

3. Arista Records LLC: Four Thousand Five Hundred And 00/100 Dollars ($4,500.00) for the two sound recordings; and,

4. UMG Recordings, Inc.: Twenty-Nine Thousand Two Hundred Fifty And 00/100 Dollars ($29,250.00) for the thirteen sound recordings.

Furthermore, defendant shall be, and hereby is, enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law in any sound recording, whether now in

existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce or distribute any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

**SO ORDERED.**

**Date:  July 9, 2010**         */s/ Nancy Gertner*
                                **NANCY GERTNER, U.S.D.C.**