UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT et al., )<br><br>　　　　　　Plaintiffs, )<br><br>v. )<br><br>JOEL TENENBAUM, )<br><br>　　　　　　Defendant. ) | Civ. Act. No 07-cv-11446-NG |

## **PLAINTIFFS' NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that a Redaction Request shall be filed electronically with the Court, via CM/ECF, within 21 days from the filing of the transcript.  The transcripts for proceedings on the following dates were transcribed by Valerie A. O'Hara, Official Court Reporter:

| Transcript Proceeding/Date | Case No. 07-11446 Docket Number | Case No. 03-11661 Docket Number |
|---|---|---|
| Trial, Day 2, July 28, 2009 | 54 | 953 |
| Trial, Day 4, July 30, 2009 | 56 | 955 |

Respectfully submitted this 7th day of September 2010.

        SONY MUSIC ENTERTAINMENT;
        WARNER BROS. RECORDS INC.; ARISTA
        RECORDS LLC; and UMG RECORDINGS,
        INC.

        By their attorneys,

By:  s/ Timothy M. Reynolds
     Timothy M. Reynolds (*pro hac vice*)
     Eve G. Burton (*pro hac vice*)
     Laurie J. Rust (*pro hac vice*)
     HOLME ROBERTS & OWEN LLP
     1700 Lincoln, Suite 4100
     Denver, Colorado 80203
     Telephone: (303) 861-7000
     Facsimile: (303) 866-0200
     Email: tim.reynolds@hro.com
           eve.burton@hro.com
           laurie.rust@hro.com

     Matthew J. Oppenheim (*pro hac vice*)
     THE OPPENHEIM GROUP, LLP
     7304 River Falls Drive
     Potomac, Maryland 20854
     Telephone: (301) 299-4986
     Facsimile: (866) 766-1678
     Email: matt@oppenheimgroup.net

     Daniel J. Cloherty
     DWYER & COLLORA, LLP
     600 Atlantic Avenue - 12th Floor
     Boston, MA 02210-2211
     Telephone: (617) 371-1000
     Facsimile: (617) 371-1037
     Email: dcloherty@dwyercollora.com

     ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2010.

                                                         s/ Timothy M. Reynolds

#1491518 v1 den